UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE BROWN, et al,

       Plaintiffs,

                                  CIVIL ACTION NO. 09-11481

v.

                                  HONORABLE AVERN COHN

COUNTRYWIDE HOME LOANS, INC.,
et al,

       Defendants.
_____/

## ORDER REGARDING FILING OF AMENDED COMPLAINT

On May 28, 2009 the Court issued an order requiring the plaintiff to file an amended complaint within 30 days. Unless the plaintiff files an amended complaint within 10 days of this order the case will be dismissed.

**SO ORDERED.**

Dated: July 13, 2009                  s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Lonnie Brown, Lisa Brown, 11800 Rattalee Lake Road, Davisburg, MI 48350 and the attorneys of record on this date, July 13, 2009, by electronic and/or ordinary mail.

                                                   s/Julie Owens
                                                 Case Manager, (313) 234-5160